SAMUEL ALBA (0031)
RICHARD A. VAN WAGONER (4690)
JAMES S. JUDD (14693)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
sa@scmlaw.com
rav@scmlaw.com
jsj@scmlaw.com

*Attorneys for RaPower-3, LLC,
International Automated Systems, Inc.,
LTB1, LLC, and Neldon Johnson*

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RAPOWER-3, LLC, INTERNATIONAL AUTOMATED SYSTEMS, INC., LTB1, LLC, R. GREGORY SHEPARD, NELDON JOHNSON, and ROGER FREEBORN,<br><br>Defendants. | Civil No. 2:15-cv-00828 DN<br><br>**JURY DEMAND**<br><br>Judge David Nuffer |

Defendants RaPower-3, LLC, International Automated Systems, Inc., LTB1, LLC, and Neldon Johnson demand trial by jury in this case.

DATED this 25th day of January, 2016.

                                        SNOW, CHRISTENSEN & MARTINEAU

                                        /s/ Samuel Alba
                                    Samuel Alba
                                    Richard A. Van Wagoner
                                    James S. Judd
                                    *Attorneys for RaPower-3, LLC,*
                                    *International Automated Systems, Inc.,*
                                    *LTB1, LLC, and Neldon Johnson*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2016, the foregoing **JURY DEMAND** was electronically filed with the Clerk of the Court through the CM/ECF system, which sent notice of the electronic filing to the following:

    Erin Healy Gallagher
    Christopher R. Moran
    US Department of Justice
    Tax Division
    erin.healygallagher@usdoj.gov
    christopher.r.moran@usdoj.gov

    Erin R. Hines
    US Department of Justice
    Central Civil Trial Section
    erin.r.hines@usdoj.gov

    John K. Mangum
    US Attorney's Office
    john.mangum@usdoj.gov
    *Attorneys for Plaintiff U.S.A.*

    Donald S. Reay
    Miller Reay & Associates
    donald@reaylaw.com
    *Attorneys for R. Gregory Shepard*
    *and Roger Freeborn*

                                                  /s/ Samuel Alba