SAMUEL ALBA (0031)
RICHARD A. VAN WAGONER (4690)
JAMES S. JUDD (14693)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145-5000
Telephone: (801) 521-9000
Facsimile:  (801) 363-0400
sa@scmlaw.com
rav@scmlaw.com
jsj@scmlaw.com

*Attorneys for RaPower-3, LLC,
International Automated Systems, Inc.,
LTB1, LLC, and Neldon Johnson*

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br><br>vs.<br><br>RAPOWER-3, LLC, INTERNATIONAL AUTOMATED SYSTEMS, INC., LTB1, LLC, R. GREGORY SHEPARD, NELDON JOHNSON, and ROGER FREEBORN,<br><br>           Defendants. | Civil No. 2:15-cv-00828 DN<br><br>**MOTION TO CONTINUE THE MARCH 9, 2016 HEARING and SUPPORTING MEMORANDUM**<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to DUCivR 7-1, Defendants, RaPower-3, LLC, International Automated Systems, Inc., LTB1, LLC, and Neldon Johnson move the Court to continue the hearing, currently scheduled for March 9, 2016.  Counsel for Defendants, R. Gregory Shepard and Roger Freeborn, along with counsel for Plaintiff, the United States of America, have all verbally consented and do not object to the

Motion to Continue the March 9, 2016 Hearing.  The Defendants herein respectfully request the hearing date to be continued until the next available scheduling date in April in order to accommodate the schedule of the counsel for all parties.

DATED this 9th day of February, 2016.

SNOW, CHRISTENSEN & MARTINEAU

/s/  Samuel Alba
Samuel Alba
Richard A. Van Wagoner
James S. Judd
*Attorneys for RaPower-3, LLC,*
*International Automated Systems, Inc.,*
*LTB1, LLC, and Neldon Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2016, the foregoing **MOTION TO CONTINUE THE MARCH 9, 2016 HEARING and SUPPORTING MEMORANDUM** was electronically filed with the Clerk of the Court through the CM/ECF system, which sent notice of the electronic filing to the following:

Erin Healy Gallagher
Christopher R. Moran
US Department of Justice
Tax Division
erin.healygallagher@usdoj.gov
christopher.r.moran@usdoj.gov

Erin R. Hines
US Department of Justice
Central Civil Trial Section
erin.r.hines@usdoj.gov

John K. Mangum
US Attorney's Office
john.mangum@usdoj.gov
*Attorneys for Plaintiff U.S.A.*

Donald S. Reay
Miller Reay & Associates
donald@reaylaw.com
*Attorneys for R. Gregory Shepard
and Roger Freeborn*

/s/  Samuel Alba