SAMUEL ALBA (0031)
RICHARD A. VAN WAGONER (4690)
JAMES S. JUDD (14693)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145-5000
Telephone: (801) 521-9000
Facsimile:  (801) 363-0400
sa@scmlaw.com
rav@scmlaw.com
jsj@scmlaw.com

*Attorneys for RaPower-3, LLC,*
*International Automated Systems, Inc.,*
*LTB1, LLC, and Neldon Johnson*

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br><br>vs.<br><br>RAPOWER-3, LLC, INTERNATIONAL AUTOMATED SYSTEMS, INC., LTB1, LLC, R. GREGORY SHEPARD, NELDON JOHNSON, and ROGER FREEBORN,<br><br>       Defendants. | Civil No. 2:15-cv-00828 DN<br><br>**ORDER GRANTING MOTION TO CONTINUE THE MARCH 9, 2016 HEARING**<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to the Motion to Continue the March 9, 2016 Hearing, and for good cause shown, the Court hereby GRANTS the stipulated Motion to Continue the March 9, 2016 Hearing until April _____, 2016 at _____:_____ ___.m.

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.

BY THE COURT:

_____
MAGISTRATE JUDGE EVELYN J. FURSE