SAMUEL ALBA (0031)
RICHARD A. VAN WAGONER (4690)
JAMES S. JUDD (14693)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
Email: sa@scmlaw.com
Email: rav@scmlaw.com
Email: jsj@scmlaw.com

*Attorneys for RaPower-3, LLC, International Automated Systems, Inc., LTB1, LLC, and Neldon Johnson*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RAPOWER-3, LLC, INTERNATIONAL AUTOMATED SYSTEMS, INC., LTB1, LLC, R. GREGORY SHEPARD, NELDON JOHNSON, and ROGER FREEBORN,<br><br>Defendants. | **NOTICE OF ENTRY OF APPEARANCE OF JAMES S. JUDD**<br><br>Civil No. 2:15-cv-00828 DN<br><br>Judge David Nuffer |

James S. Judd of the law firm of Snow Christensen & Martineau hereby gives notice of his entry of appearance as counsel for Defendants RaPower-3, LLC, International Automated Systems, Inc., LTB1, LLC, and Neldon Johnson, in the above-referenced matter and requests receipt of all filings and notices in this matter.

DATED this 9th day of February, 2016.

                                  SNOW CHRISTENSEN & MARTINEAU

                                  /s/   James S. Judd
                                Samuel Alba
                                Richard A. Van Wagoner
                                James S. Judd
                                *Attorneys for RaPower-3, LLC, International Automated Systems, Inc., LTB1, LLC, and Neldon Johnson*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of February, 2016, the foregoing **NOTICE OF ENTRY OF APPEARANCE OF JAMES S. JUDD** was electronically filed with the Clerk of the Court through the CM/ECF system, which sent notice of the electronic filing to the following:

Erin Healy Gallagher
Christopher R. Moran
US Department of Justice /Tax Division
erin.healygallagher@usdoj.gov
christopher.r.moran@usdoj.gov

Erin R. Hines
US Department of Justice
Central Civil Trial Section
erin.r.hines@usdoj.gov

John K. Mangum
US Attorney's Office
john.mangum@usdoj.gov
*Attorneys for Plaintiff U.S.A.*

Donald S. Reay
Miller Reay & Associates
donald@reaylaw.com
*Attorneys for R. Gregory Shepard and Roger Freeborn*

/s/   James S. Judd