IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RAPOWER-3, LLC, et al., Defendants. | **MEMORANDUM DECISION DENYING GLENDA JOHNSON'S MOTION FOR PROTECTIVE ORDER** <br><br> Case No. 2:15-cv-00828-DN <br><br> District Judge David Nuffer |

Nonparty Glenda Johnson filed a motion (the "Motion") for a protective order "to reset the deposition scheduled [by the Receiver] for February 20, and to define the permitted scope of inquiry."[1] Johnson's stated grounds for the Motion are that any information she may have is protected by the spousal communications privilege.[2] Because the Receiver has disavowed any intention to ask Johnson about communications that may fall within the scope of this privilege,[2]

IT IS HEREBY ORDERED that the Motion is DENIED. Unless the Receiver otherwise agrees in writing, Johnson must appear for her deposition by no later than March 22, 2019. Any objection or claim of privilege that she may have to a specific question during the deposition may be asserted at the proper time at the deposition in response to such question.[3]

Signed March 6, 2019.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Motion for Protective Order: Spousal Privilege ("Motion"), at 1-2, docket no. 577, filed February 19, 2019.

[2] *See* Receiver's Memorandum in Opposition to Motion for Protective Order: Spousal Privilege, at 2-3, docket no. 587, filed March 5, 2019; E-mail, docket no. 587-1, filed March 5, 2019.

[3] *See* FED. R. CIV. P. 30(c)(2).

elm