Case: 2:15cv828

Neldon Johnson
2600 W 4000 S
DELTA, UT 84624

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 27 2019

D. MARK JONES, CLERK
BY _____
          DEPUTY CLERK

District Court
Utah

Clerk
Courthouse

st Temple
ty, Utah
1

iness

SALT LAKE CITY UT 841
03/07/2019
07 MAR 2019 PM   US POSTAGE   $00.50

FIRST-CLASS MAIL

ZIP 84101
011D11628168

NIXIE         841   FE 1         0003/11/19
      RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 84101190899      *1036-01539-07-38

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Bcc: Message-Id:<4138331@utd.uscourts.gov>Subject:Activity in Case 2:15-cv-00828-DN-EJF USA v. RaPower-3 et al Order on Motion for Protective Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## US District Court Electronic Case Filing System

## District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 3/7/2019 at 9:24 AM MST and filed on 3/7/2019

| | |
|---|---|
| **Case Name:** | USA v. RaPower-3 et al |
| **Case Number:** | 2:15-cv-00828-DN-EJF |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/04/2018**

**Document Number:**   593

**Docket Text:**
**MEMORANDUM DECISION denying [577] Motion for Protective Order as to Glenda Johnson. Signed by Judge David Nuffer on 3/6/19 (alt)**

**2:15-cv-00828-DN-EJF Notice has been electronically mailed to:**
David E. Leta    dleta@swlaw.com, csmart@swlaw.com, docket_slc@swlaw.com, wkalawaia@swlaw.com
John K. Mangum    john.mangum@usdoj.gov, CaseView.ECF@usdoj.gov, valerie.maxwell@usdoj.gov
Stuart H. Schultz    sschultz@strongandhanni.com, intakeclerk@strongandhanni.com
Denver C. Snuffer, Jr (Terminated)    denversnuffer@gmail.com
Jonathan O. Hafen    jhafen@parrbrown.com, calendar@parrbrown.com
Steven R. Paul (Terminated)    spaul@nsdplaw.com
Justin D. Heideman (Terminated)    jheideman@heidlaw.com, lalvidrez@heidlaw.com, sfowlks@heidlaw.com, wpoulsen@heidlaw.com
Byron G. Martin    bmartin@strongandhanni.com, intakeclerk@strongandhanni.com, jcook@strongandhanni.com
Daniel B. Garriott (Terminated)    dbgarriott@msn.com, lrevels@nsdplaw.com
Christopher S. Hill    chill@kmclaw.com, tsanders@kmclaw.com
Eric G. Benson    ebenson@rqn.com, docket@rqn.com, mmartin@rqn.com
Jeffrey D. Tuttle    jtuttle@swlaw.com, docket_slc@swlaw.com, jpollard@swlaw.com
Erin R. Hines    erin.r.hines@usdoj.gov
Joshua D. Egan (Terminated)    joshua.egan@me.com
Erin Healy Gallagher    erin.healygallagher@usdoj.gov, central.taxcivil@usdoj.gov, russell.s.clarke@usdoj.gov
Michael S. Lehr    mlehr@parrbrown.com, calendar@parrbrown.com, nmckean@parrbrown.com
**2:15-cv-00828-DN-EJF Notice has been delivered by other means to:**

International Automated Systems
2730 W 4000 S
OASIS, UT 84624-9703
LTB1
2730 W 4000 S
OASIS, UT 84624-9703
RaPower-3
2730 W 4000 S
OASIS, UT 84624-9703
Neldon Johnson
2600 W 4000 S
DELTA, UT 84624
R. Gregory Shepard
858 CLOVER MEADOW DR
SALT LAKE CITY, UT 84123

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=3/7/2019] [FileNumber=4138329-0]
[c465aab929f73a56092f87a20abb60f91331d3a7aa4f540eb660dabc7707cec83682
52b805400ea414ee86172af2bde5189b7dae178100a386c2c55c90ef08d6]]