IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAPOWER-3, LLC; INTERNATIONAL AUTOMATED SYSTEMS, INC.; LTB1, LLC; R. GREGORY SHEPARD; and NELDON JOHNSON,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER QUASHING SUBPOENAS**<br><br>Case No. 2:15-cv-00828-DN<br><br>District Judge David Nuffer |

Defendant Neldon Johnson caused subpoenas (the "Subpoenas") to be issued on April 24, 2019, commanding District Judge David Nuffer and Magistrate Judge Evelyn J. Furse to appear at a hearing in this case on April 26, 2019.[1] Johnson served the Subpoenas by U.S. mail, addressed to the federal courthouse in Salt Lake City, where they were received on April 29, 2019.[2] Among other deficiencies, the Subpoenas were not timely or properly served.[3]

THEREFORE, IT IS HEREBY ORDERED that the Subpoenas[1] are QUASHED.

Signed May 2, 2019.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 632, filed May 2, 2019.

[2] *Id.*

[3] *See* FED. R. CIV. P. 45(b)(1); DUCivR 45-1.

elm