

May 12, 2025

RaPower-3 Receivership
Wayne Klein, Receiver
Klein & Associates
P.O. Box 1836
Salt Lake City, UT  84110

Invoice:	960822
Client:	176390
Matter:	4

## INVOICE SUMMARY

Attorney: Jonathan O Hafen

For professional services rendered and costs advanced

**RE:   Litigation**

| | |
|---|---:|
| Professional Services | $ 19,411.50 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 19,411.50** |

**Parr Brown Gee & Loveless,** A Professional Corporation
Post Office Box 11019, Salt Lake City, UT 84147
T 801.532.7840  F 801.532.7750   Tax ID 87-0307691

   

PARR BROWN GEE & LOVELESS

Invoice: 960822  
RaPower-3 Receivership  
Litigation

May 12, 2025  
Client: 176390  
Matter: 4

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 1/07/25 | JAB | Attend status conference | .20 | 84.00 |
| 1/10/25 | JAB | Correspond with Maryn Richmond re mediation; Correspond with Wayne Klein re same | .10 | 42.00 |
| 1/13/25 | JAB | Review mediation letter; Email Wayne Klein re same | .10 | 42.00 |
| 1/14/25 | JAB | Correspond with Wayne Klein; Review and revise status report | .50 | 210.00 |
| 1/15/25 | JAB | Review quarterly report; Coordinate filing of same | .50 | 210.00 |
| 1/29/25 | JAB | Conference with Tom Melton; Telephone conference with Mike Skolnick | .40 | 168.00 |
| 2/03/25 | JAB | Conference with Tom Melton and Wayne Klein; Draft final judgment against Glenda Johnson | 1.50 | 630.00 |
| 2/03/25 | TMM | Review complaint; Conference with Wayne Klein and Jeff Balls re Summary Judgment | 1.20 | 618.00 |
| 2/05/25 | TMM | Research patent claims and payment for summary judgment; Review Johnson and NSDP 30(b)(6) depositions re patent testimony | 3.70 | 1,905.50 |
| 2/06/25 | JAB | Draft declaration of Wayne Klein; Draft default judgment | .80 | 336.00 |
| 2/06/25 | DSS | Meet with Thomas Melton re project to draft motions in limine to exclude experts for Nelson, Snuffer, Dahle & Poulsen | .60 | 186.00 |
| 2/07/25 | JAB | Telephone conference with Mike Skolnick; Correspond with Wayne Klein; Finalize declaration of Wayne Klein | .80 | 336.00 |
| 2/07/25 | DSS | Review background materials in preparation for drafting motions in limine | 1.10 | 341.00 |
| 2/08/25 | DSS | Analyze expert report and deposition testimony of Steve Dougherty in preparation for drafting motion in limine to exclude testimony; Analyze case excluding expert in closely related matter | 1.90 | 589.00 |
| 2/10/25 | DSS | Analyze pleadings, deposition testimony, past motions in limine to exclude expert testimony, past orders on motions in limine, and expert reports of Steven W. Dougherty in preparation for drafting motion in limine to exclude testimony of Steven W. Dougherty | 4.10 | 1,271.00 |
| 2/13/25 | JAB | Telephone conference with Mike Skolnick; Telephone conference with Paul Burke; Telephone conference with Wayne Klein | 1.30 | 546.00 |
| 2/14/25 | DSS | Analyze expert reports of Steven Dougherty in preparation for motion to exclude; Analyze legal issues re standard for expert testimony and when expert testimony is properly excluded in preparation for drafting motions in limine | 4.60 | 1,426.00 |
| 2/17/25 | DSS | Begin drafting motion in limine to exclude testimony of Steven Dougherty | .60 | 186.00 |
| 2/18/25 | JAB | Draft mediation letter | 1.70 | 714.00 |
| 2/18/25 | DSS | Meet with Jeffery Balls re motions in limine; Draft portion of motion analyzing Steven Dougherty's improper legal analysis and argument in motion in limine to exclude expert testimony of Steven Dougherty | 1.80 | 558.00 |
| 2/19/25 | JAB | Email mediation letter to Judge Thurman; Telephone conference with Becky Johnson; Draft attorney planning meeting report and associated documents; Email same to Becky Johnson; Call Shawn Farris | 1.60 | 672.00 |

PARR BROWN GEE & LOVELESS

Invoice: 960822  
RaPower-3 Receivership  
Litigation

May 12, 2025  
Client: 176390  
Matter: 4

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 2/19/25 | DSS | Draft portions of motion in limine to exclude Steven Dougherty re exclusion of testimony as ipse dixit, as legal analysis, or as outside the scope of previous expert report; Analyze legal cases and statutes re exclusion of experts for legal analysis or unreliable methodology for motion in limine to exclude Steven Dougherty | 4.70 | 1,457.00 |
| 2/24/25 | JAB | Correspond with Becky Johnson | .10 | 42.00 |
| 2/26/25 | JAB | Attend mediation | 4.00 | 1,680.00 |
| 2/26/25 | DSS | Analyze expert reports of Keith Woodwell and Brent Baker and deposition testimony of Brent Baker in preparation for drafting motion in limine to exclude Brent Baker | 1.40 | 434.00 |
| 2/27/25 | DSS | Analyze deposition testimony of Brent Baker in preparation for drafting motion in limine to exclude testimony of Brent Baker | 1.30 | 403.00 |
| 3/02/25 | JAB | Review correspondence re settlement | .10 | 42.00 |
| 3/05/25 | JAB | No Charge - Review attorney fees | .40 | N/C |
| 3/06/25 | JAB | Conference with Jonathan Hafen, Joseph Covey, and Claire McGuire re settlement; Draft status report to court | 1.30 | 546.00 |
| 3/07/25 | JAB | Draft motion for entry of scheduling order; Call Shaun Farris; Draft initial disclosures; Draft discovery requests | .60 | 252.00 |
| 3/10/25 | JAB | Draft discovery requests; Call Paul Burke | .80 | 336.00 |
| 3/11/25 | JAB | Draft notice of filing | .30 | 126.00 |
| 3/12/25 | JAB | Telephone conference with Wayne Klein; Telephone conference with Paul Burke | .60 | 252.00 |
| 3/12/25 | DSS | Continue drafting motion in limine to exclude testimony of Steven Dougherty; Draft legal standard and background motion for all motions in limine re expert testimony | 1.90 | 589.00 |
| 3/18/25 | JAB | Review correspondence from Becky Johnson; Review motion to approve settlement agreement | .30 | 126.00 |
| 3/19/25 | JAB | Telephone conference with Paul Burke re mediation; Email Wayne Klein re same | .30 | 126.00 |
| 3/20/25 | JAB | Review pleading from Becky Johnson; Email Wayne Klein re same | .30 | 126.00 |
| 3/21/25 | JOH | Email with opposing counsel re potential mediation; Follow up with Jeff Balls re same | .20 | 103.00 |
| 3/21/25 | JAB | Review order approving settlement agreement; Email Wayne Klein re same; Correspond with | .10 | 42.00 |
| 3/25/25 | JOH | Email re potential mediation of dispute with law firm | .10 | 51.50 |
| 3/25/25 | JAB | Correspond with Paul Burke | .10 | 42.00 |
| 3/26/25 | JOH | Further follow up re potential mediation | .10 | 51.50 |
| 3/26/25 | JAB | Correspond with Paul Burke; Correspond with Jonathan Hafen; Telephone conference with Wayne Klein | .60 | 252.00 |
| 3/28/25 | JAB | Telephone conference with Paul Burke | .20 | 84.00 |

PARR BROWN GEE & LOVELESS

| Invoice: 960822 | | May 12, 2025 |
| RaPower-3 Receivership | | Client: 176390 |
| Litigation | | Matter: 4 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 3/28/25 | DSS | Finish drafting motion in limine to exclude testimony of Steven Dougherty; Revise motion in limine to exclude testimony of Steven Dougherty; Analyze legal issues for exclusion of expert testimony under Rule 702 for all motions in limine | 3.80 | 1,178.00 |

**TOTAL PROFESSIONAL SERVICES** — **$ 19,411.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|---|---|---|---|
| Jonathan O Hafen | 515.00 | .40 | 206.00 |
| Jeffery A Balls | 420.00 | 19.20 | 8,064.00 |
| Daniel S Sorenson | 310.00 | 27.80 | 8,618.00 |
| Thomas M Melton | 515.00 | 4.90 | 2,523.50 |
| **TOTALS** | | **52.30** | **$ 19,411.50** |

**TOTAL THIS INVOICE** — **$ 19,411.50**



May 12, 2025

RaPower-3 Receivership
Wayne Klein, Receiver
Klein & Associates
P.O. Box 1836
Salt Lake City, UT  84110

Invoice:      960822
Client:       176390
Matter:            4

## REMITTANCE ADVICE

**RE:   Litigation**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 19,411.50** |

Please return this advice with payment to:

Parr Brown Gee & Loveless
P.O. Box 11019
Salt Lake City, UT 84147

**Wire Transfer Instructions**

JP Morgan Chase Bank
201 South Main St Ste 300
Salt Lake City, UT 84111-2870
Swift Code #: CHASUS33
ABA #: 021000021
Parr Brown Gee & Loveless
Account #: 912454114

**E-Check**

Name of Bank: _____
Routing #: _____
Account #: _____
Name on Account: _____
Account Holder Address: _____
Amount: $_____

**EFT/ACH Pay Instructions**
Routing #: 124001545
Account #: 912454114

*3% fee for credit card transactions

**Please reference your invoice # 960822**

**Online Payments:** https://parrbrown.com/payment-portal
**Payments accepted by phone (801) 532-7840**
Payable Upon Receipt

A finance charge of twelve percent (12%) per annum will accrue on any account not paid
within thirty (30) days after the date of this invoice

**Parr Brown Gee & Loveless,** A Professional Corporation
Post Office Box 11019, Salt Lake City, UT 84147
T 801.532.7840 F 801.532.7750    Tax ID 87-0307691

