THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAPOWER-3, LLC; INTERNATIONAL AUTOMATED SYSTEMS, INC.; LTB1, LLC; R. GREGORY SHEPARD; NELDON JOHNSON; and ROGER FREEBORN,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING RECEIVER'S TWENTY-THIRD MOTION FOR APPROVAL TO CONSUMMATE SETTLEMENT: HAMBLIN TRUSTS**<br><br>Case No. 2:15-cv-00828-DN<br><br>District Judge David Nuffer<br>Magistrate Judge Daphne A. Oberg |

R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") in the above-captioned case, filed the Twenty-Third Motion for Approval to Consummate Settlement: Hamblin Trusts (the "Motion").[1] In the Motion, the Receiver seeks the approval of a settlement agreement ("Settlement Agreement") with Kristine Hamblin as executor of Roger Hamblin's trust and as trustee or successor trustee of three trusts, which are the defendants in *Klein v. Kristine Hamblin, Trustee, et al.*, 2:24-cv-00452, an ancillary action pending in this court. The settlement agreement will bring $112,082.48 in cash into the Receivership Estate.

The Motion contains important details on the settlement and the reasons the Receiver recommends settlement of this litigation.

The United States has informed the Receiver that it consents to the relief requested.

Based on the Motion, and for good cause appearing,

IT IS HEREBY ORDERED that:

---

[1] Receiver's Twenty-Third Motion for Approval to Consummate Settlement: Hamblin Trusts, docket no. 1306, filed October 23, 2025.

     1.     The Motion is GRANTED;

     2.     The Court finds that the Settlement Agreement is in the best interest of the Receivership; and

     3.     The Receiver is authorized to enter into the Settlement Agreement for the benefit of the Receivership Estate.

Signed October 24, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge